**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$50,000.00 IN U.S. CURRENCY,<br><br>Defendant. | NO. 2:21-CV-03455-VAP (MARx)<br><br><u>DEFAULT JUDGMENT OF FORFEITURE</u><br><br>DATE: January 24, 2022<br>TIME: 2:00 p.m.<br>Ctrm: 8A<br>Before the Honorable Virginia A. Phillips, United States District Judge |

  This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on April 22, 2021.  Notice of this action has been given in the manner required by law.  Neither potential claimants Jose Eduardo Ortiz ("Ortiz"), Charlie Intriago ("Intriago"), Tavares Wilson ("Wilson") nor any other potential claimant has appeared by filing a Statement identifying his or her rights or interests with this Court.  Further, neither potential claimants Ortiz, Intriago, Wilson, nor any other potential claimant has filed an Answer to the Complaint or otherwise defended his or her interest, if any, in the defendant $50,000.00 in U.S. currency ("defendant currency").  Therefore, the Court

1 | deems that potential claimants Ortiz, Intriago, Wilson and all other potential claimants
2 | admit the allegations of the Complaint to be true.
3
4 |      The Court further finds that the factors set forth in *Eitel v. McCool*, 782 F.2d
5 | 1470, 1471–72 (9th Cir. 1986) favor entry of default judgment.  A default judgment shall
6 | be and hereby is entered against the interests of all potential claimants, including Jose
7 | Eduardo Ortiz, Charlie Intriago, and Tavares Wilson, in the defendant currency.  The
8 | defendant currency shall be and hereby are forfeited to the United States of America,
9 | which shall dispose of the defendant currency in the manner required by law.  The Court
10 | finds there was reasonable cause for the seizure of the defendant currency, and this
11 | judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.
12
13 | DATED: February 2, 2022
14 |                                     THE HONORABLE VIRGINIA A. PHILIPS
                                    UNITED STATES DISTRICT JUDGE